**Order entered October 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00225-CR

### ROSS BRANTLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1300014-V**

## ORDER

The Court **REINSTATES** this appeal.

On August 12, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief. Thus, we **VACATE** our August 12, 2013 order.

We **GRANT** appellant's September 27, 2013 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     DAVID EVANS
         JUSTICE